IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Securities Intermediary,<br><br>Plaintiff,<br><br>vs.<br><br>AMERITAS LIFE INSURANCE CORP.,<br><br>Defendant. | 4:21-CV-3118<br><br>ORDER |

This matter is before the Court on the plaintiff's motion for default judgment (filing 19). But "entry of default under [Fed. R. Civ. P.] 55(a) must precede grant of a default judgment under Rule 55(b)." *Johnson v. Dayton Elec. Mfg. Co.*, 140 F.3d 781, 783 (8th Cir. 1998). The plaintiff has shown that the defendant has failed to defend in this case. Accordingly, the Court will direct the Clerk of the Court to enter a default against it. But the plaintiff's motion for default judgment will be denied without prejudice.

IT IS ORDERED:

1. The Clerk of the Court is directed to enter the defendant's default.

2. The plaintiff's motion for default judgment (filing 19) is denied without prejudice.

3. The Clerk of the Court shall send a copy of the Clerk's Entry of Default and a copy of this order to:

Ameritas Life Insurance Corp.
c/o Andrea D. Snowden
5900 O Street
Lincoln, NE 68510

Dated this 27th day of July, 2021.

BY THE COURT:

_____
John M. Gerrard
United States District Judge