## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Wells Fargo Bank, N.A., as Securities Intermediary, | ) )  Case No.: 4:21-cv-03118 |
| Plaintiff, | ) ) ) |
| v. | ) **PLAINTIFF'S STATUS REPORT** ) **REGARDING NEW JERSEY ACTION** |
| Ameritas Life Insurance Corp., | ) ) |
| Defendant. | ) |

Plaintiff, Wells Fargo Bank, N.A., in its capacity as securities intermediary for its client ("Securities Intermediary" or "Plaintiff"), by and through its undersigned counsel, submits this status report with respect to the New Jersey Action[1] pursuant to this Court's Memorandum and Order dated September 27, 2021 (Dkt. No. 36).

The Court in the New Jersey Action has not yet ruled on Security Intermediary's motion to dismiss for lack of personal jurisdiction.

Securities Intermediary will continue to provide additional monthly status reports to the Court as required by the above-referenced Memorandum and Order and will promptly inform this Court when the New Jersey Court rules on the motion to dismiss.

DATED: October 27, 2021.

---

[1] *Ameritas Life Ins. Corp. v. Wells Fargo Bank, N.A., as Securities Intermediary*, No. 21-cv-02136 (D. N.J.).

Respectfully submitted,

Wells Fargo Bank, N.A., as Securities Intermediary, Plaintiff

By:    /s/ *Joel D. Heusinger*
       Joel D. Heusinger, No. 18326
       Audrey R. Svane, No. 25830
       WOODS AITKEN LLP
       301 South 13th Street, Suite 500
       Lincoln, Nebraska 68508
       Telephone: (402) 437-8500
       Facsimile: (402) 437-8558
       jheusinger@woodsaitken.com
       asvane@woodsaitken.com

       and

       Julius A. Rousseau, III
          *(pro hac vice application filed)*
       James M. Westerlind
          *(pro hac vice application filed)*
       Andrew Dykens
          *(pro hac vice application filed)*
       ARENT FOX LLP
       1301 Avenue of the Americas, 42nd Floor
       New York, New York 10019
       Telephone: (212) 484-3900
       jule.rousseau@arentfox.com
       james.westerlind@arentfox.com
       andrew.dykens@arentfox.com

       *Plaintiff's Attorneys*

## **CERTIFICATE OF SERVICE**

It is hereby certified that on October 27, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to the following:

Randall L. Goyette
rgoyette@baylorevnen.com

Christopher M. Schmidt
cschmidt@baylorevnen.com

Salvatore A. Clemente
salvatore.clemente@wilsonelser.com

*Attorneys for Defendant*

                                              By:    *s/ Joel D. Heusinger*
                                                         Joel D. Heusinger