IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Securities Intermediary,<br><br>Plaintiff,<br><br>vs.<br><br>AMERITAS LIFE INSURANCE CORP.,<br><br>Defendant. | 4:21-CV-3118<br><br>ORDER |

Pursuant to the plaintiff's status report regarding the New Jersey action (filing 69), IT IS ORDERED:

1. The stay of this case is lifted.

2. The defendant shall answer or otherwise respond to the plaintiff's operative complaint (filing 1) on or before November 21, 2022.

3. The Clerk of the Court is directed to terminate the pending status report deadline and set the defendant's answer deadline for November 21, 2022.

Dated this 31st day of October, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge