# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Securities Intermediary,<br><br>Plaintiff,<br><br>v.<br><br>AMERITAS LIFE INSURANCE CORP.,<br><br>Defendant. | No. 4:21-cv-03118-JMG-CRZ |

## DEFENDANT AMERITAS LIFE INSURANCE CORPORATION'S MOTION TO DISMISS PLAINTIFF'S PROMISSORY ESTOPPEL CLAIM

Defendant Ameritas Life Insurance Corp. ("Ameritas") respectfully moves this Court for an Order dismissing the Promissory Estoppel Claim (Count III) asserted in the Complaint filed by Plaintiff Wells Fargo Bank, N.A., as Securities Intermediary, with prejudice, pursuant to FED. R. CIV. P. 12(b)(6). In support of this Motion, Ameritas contemporaneously submits an accompanying Brief, which is incorporated herein by reference.

WHEREFORE, Defendant Ameritas respectfully requests this Court enter an Order granting its Motion to Dismiss Plaintiff Wells Fargo's Promissory Estoppel Claim, with prejudice, along with any other or further relief this Court deems just and proper.

Respectfully submitted,

*/s/ Christopher M. Schmidt*
Christopher M. Schmidt, # 26096
Randall L. Goyette, # 16251
BAYLOR EVNEN, LLP
1248 O Street, Suite 600
Lincoln, NE 68508
(402) 475-1075
cshmidt@baylorevnen.com
rgoyette@baylorevnen.com

Joseph M. Kelleher (*pro hac vice forthcoming*)
Nicolas A. Novy (*admitted pro hac vice*) (PA Bar # 319499)
Chase A. Howard (*pro hac vice forthcoming*)
COZEN O'CONNOR
One Liberty Plaza, Suite 2800
Philadelphia, PA 19103
(215) 665-2000
jkelleher@cozen.com
nnovy@cozen.com
chasehoward@cozen.com
*Attorneys for Defendant, Ameritas Life Insurance Corp.*