IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Securities Intermediary;<br><br>             Plaintiff,<br><br>vs.<br><br>AMERITAS LIFE INSURANCE CORP.,<br><br>             Defendant. | **4:21CV3118**<br><br>**ORDER** |

The court has reviewed the submissions on Wells Fargo's motion to compel (Filing No. 120). To facilitate the court's *in camera* review,

IT IS ORDERED that on or before November 22, 2023:

1) Defendant Ameritas Life Insurance Corp. shall file, **under seal**, the documents listed in its privilege log at entry Nos. 1-26, 38-46, 48-49, 51, 53-55, 57-190, 193-252, 254, 256-359, and 371.

   Any questions on how to file these documents under seal should be directed to Jeri Bierbower, (402) 437-1905.

2) To assist with the court's review, Defendant shall also file a separate listing of the names of senders and recipients for the documents filed under seal, along with a statement of their job title/professional responsibilities within the company.

Dated this 8th day of November, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge