IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Securities Intermediary;<br><br>Plaintiff,<br><br>vs.<br><br>AMERITAS LIFE INSURANCE CORP.,<br><br>Defendant. | 4:21CV3118<br><br>ORDER |

Plaintiff's unopposed motion to extend deadlines, Filing No. 186, is granted. The deadlines in the Court's February 2, 2024 Order, Filing No. 184, are amended as set forth herein.

IT IS ORDERED:

1. Plaintiff must produce discovery in accordance with the December 8, 2023 Order, Filing No. 172, on or before April 1, 2024.

2. The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings remains scheduled with the assigned magistrate judge on **May 28, 2024 at 9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

3. The deadlines for Defendant's complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is May 13, 2024.

4. The deadline for fact witness depositions, including but not limited to depositions for oral testimony only under Rule 45, is April 29, 2024.

5. The deadline for expert witness depositions, including but not limited to depositions for oral testimony only under Rule 45, is May 27, 2024.

6. The deadline for filing motions to dismiss and motions for summary judgment is June 28, 2024.

7. The deadline for filing motions to exclude testimony on Daubert and related grounds is June 28, 2024.

8. Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

9. The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

10. All other deadlines not expressly amended herein remain unchanged. All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 8th day of March, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge